# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RSUI INDEMNITY COMPANY,

       Plaintiff,

v.                                                Case No. 15-13958

EVERGREEN REGENCY TOWNHOMES, LTD.,
ET AL.,

       Defendants.
                                              /

## ORDER OF DISMISSAL

On January 28, 2016, counsel informed the court staff that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing forthwith. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **March 30, 2016**, to vacate this order if the settlement is not finalized. After **March 30, 2016**, this dismissal is with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: January 31, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2016, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522